IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RICHARD A. MILLER, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV01045 |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF HOUSING AND URBAN | ) | |
| DEVELOPMENT; DRUCKER & FALK, | ) | |
| LLC; THETFORD PROPERTIES III, | ) | |
| Limited Partnership; THETFORD | ) | |
| PROPERTY MANAGEMENT, INC., | ) | |
| d/b/a Beaumont Avenue Apartments; | ) | |
| RICHARD A. URBAN, individually and | ) | |
| as General Partner of Thetford | ) | |
| Property Management Inc.; JAMES | ) | |
| K. ROBERSON, individually and as | ) | |
| Chief Judge of Alamance County; | ) | |
| DIANE A. PICKETT, individually and | ) | |
| as Clerk of Court of Alamance County | ) | |
| WILLIAM K. BROWNLEE, individually | ) | |
| and as Counsel for Thetford Property | ) | |
| Management, Inc.; and TAMMY | ) | |
| EGGLESTON, individually and as | ) | |
| Property Manager of Beaumont | ) | |
| Avenue Apartments, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

For the reasons set forth in the contemporaneously filed Memorandum Opinion: (1) Plaintiff's Motion for Preliminary Injunction [Doc. #5] is DENIED; (2) Defendant Terry Johnson's Motion to Dismiss [Doc #14] is GRANTED; (3) Plaintiff's Motion for Defendant to Bear Cost for the Service of Summons [Doc.

#20] is DENIED; (4) Defendants Judge Roberson and Clerk of Court Pickett's Motion to Dismiss [Doc. #22] is GRANTED; (5) Defendant HUD's Motion to Dismiss [Doc. #26] is GRANTED; (6) Defendant Eggleston's Motion to Set Aside Default Judgment [Doc. #38] is GRANTED; and (7) Defendant Eggleston's Amended Motion to Dismiss [Doc. #43] is GRANTED.

This the day of August 29, 2006

                /s/ N. Carlton Tilley, Jr.
                United States District Judge